UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IL UNG KIM; YOUNG BAE RHA; and GARY SWANSON,<br><br>Defendants. | No. CR-06-692 (PJH/EMC)<br><br>(PROPOSED) ORDER GRANTING APPLICATION OF ERIC GRANNON FOR ADMISSION *PRO HAC VICE* |

Eric Grannon, an active member in good standing of the bars of Maryland and the District of Columbia, whose business address and telephone number are 701 Thirteenth Street, NW, Washington, District of Columbia 20005, (202) 626-3600, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant I.U. Kim.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by this attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/15/06

Hon. ~~Phyllis J. Hamilton~~

(PROPOSED) ORDER GRANTING APPLICATION FOR
ADMISSION *PRO HAC VICE* — NO. CR-06-692 (PJH/EMC)