UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> IL UNG KIM, YOUNG BAE RHA, and GARY SWANSON, <br> Defendants. | No. CR 06-0692 PJH (EMC) <br><br> **ORDER AMENDING BOND** |

The bond issued on November 17, 2006 is hereby amended to permit Defendant IL UNG KIM to communicate with current subordinate employees about this case via writing or email (but not orally or by direct voice communications) with the following words:

> "As you may know, I am defending myself in a U.S. court case. My lawyers may be contacting you asking for information. I just wanted to alert you to this. You may speak to my lawyers if you choose, but have no obligation to do so."

No such restriction shall apply to Defendant's communications with other current or former employees since there is no likelihood of implied intimidation flowing from Defendant KIM's position of authority in those relationships.

The Court will not, as a condition of the bond, address the issue whether counsel's contact with Samsung employees violates applicable rules of professional conduct (see *Snider v. Superior Court*, 113 Cal.App.4th 1187 (2003)) or whether the government is engaged in intimidation of witnesses who have been interviewed by defense counsel. These matters are not relevant to release

bond conditions.  They are more appropriately raised as discovery matters or as claims of prosecutorial or counsel misconduct before Judge Hamilton, the presiding trial judge in this matter.

Defense counsel is directed forthwith to review this amendment to the bond conditions with Defendant Kim and the surety.

IT IS SO ORDERED.

Dated:  November 20, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2