NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
MAY LEE HEYE (State Bar No. 209366)
BRIGID S. MARTIN (State Bar No. 231705)
CHARLES P. REICHMANN (State Bar No. 206699)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone (415) 436-6660

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-0692 PJH |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| IL UNG KIM, et al., | ) |
| Defendants. | ) |

The parties stipulate as follows:

On November 29, 2006, Il Ung Kim and his counsel, Christopher M. Curran, Eric Grannon and Lawrence Callaghan, Gary Swanson and his counsel, John J. Bartko and John F. McLean, and the United States Department of Justice, represented by Niall E. Lynch, appeared before Judge Phyllis J. Hamilton for a trial setting hearing. The defendants, through counsel, and the government agreed to an exclusion of time under the Speedy Trial Act from November 29, 2006, to February 7, 2007, based on effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (B)(iv).

The Court found that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the parties agreed, and the Court found, that the ends of

justice would be served by excluding the proposed time period under the Speedy Trial Act. These ends outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

For the reasons stated, the parties request that the time period from November 29, 2006, to February 7, 2007 be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). The parties reserve all of their rights, including their rights to oppose any further exclusion of time.

DATED: December 5, 2006                        Respectfully submitted,

I.U. KIM                                       U.S. DEPARTMENT OF JUSTICE

BY: _____          BY: _____
    Lawrence A. Callaghan, Esq., CA No. 53258     Niall E. Lynch, CA No. 157959
    Tucker, Ellis & West LLP                     Nathanael M. Cousins, CA No. 177944
    One Market Street                            May Lee Heye, CA No. 209366
    Steuart Tower, Suite 1300                    Brigid S. Martin, CA No. 231705
    San Francisco, CA 94105                      Charles P. Reichmann, CA No. 206699
    Telephone: 415/617-2400                      Trial Attorneys
    Fax: 415/617-2409                            U.S. Department of Justice
                                                 Antitrust Division
    Christopher M. Curran, Esq.                  450 Golden Gate Avenue
    Eric Grannon, Esq.                           Box 36046, Rm. 10-0101
    White & Case LLP                             San Francisco, CA 94102
    701 Thirteenth Street, NW                    Tel: 415/436-6660
    Washington, DC 20005                         Fax: 415/436-6687
    Tel: 202/626-3600
    Fax: 202/639-9355

GARY SWANSON

BY: _____
    John McLean, Esq. CA No. 77914
    Law Offices of John McLean
    45 Seafirth Road
    Tiburon, CA 94920
    Telephone: 415435-6367
    Fax: 415/789-0159

    John J. Bartko, Esq. CA No. 37372
    William I. Edlund, Esq., CA No. 25013
    Bartko, Zankel, Tarrant & Miller
    900 Front Street, Suite 300
    San Francisco, CA 94111
    Telephone: 415/956-1900
    Fax: 415/956-1152

1  justice would be served by excluding the proposed time period under the Speedy Trial Act.
2  These ends outweigh the best interest of the public and the defendants in a speedy trial. *See* 18
3  U.S.C. § 3161(h)(8)(A).
4       For the reasons stated, the parties request that the time period from November 29, 2006,
5  to February 7, 2007 be excluded from the calculation of time under the Speedy Trial Act, 18
6  U.S.C. § 3161(h)(8)(A). The parties reserve all of their rights, including their rights to oppose
7  any further exclusion of time.
8  DATED: December 5, 2006                          Respectfully submitted,
9  I.U. KIM                                         U.S. DEPARTMENT OF JUSTICE
10
11 BY: _____    BY: _____
   Lawrence A. Callaghan, Esq., CA No. 53258    Niall E. Lynch, CA No. 157959
                                                Nathanael M. Cousins, CA No. 177944
   Tucker, Ellis & West LLP                     May Lee Heye, CA No. 209366
12 One Market Street                            Brigid S. Martin, CA No. 231705
   Steuart Tower, Suite 1300                    Charles P. Reichmann, CA No. 206699
13 San Francisco, CA 94105                      Trial Attorneys
   Telephone: 415/617-2400                      U.S. Department of Justice
14 Fax: 415/617-2409                            Antitrust Division
                                                450 Golden Gate Avenue
15 Christopher M. Curran, Esq.                  Box 36046, Rm. 10-0101
   Eric Grannon, Esq.                           San Francisco, CA 94102
16 White & Case LLP                             Tel: 415/436-6660
   701 Thirteenth Street, NW                    Fax: 415/436-6687
17 Washington, DC 20005
   Tel: 202/626-3600
18 Fax: 202/639-9355

19 GARY SWANSON

20
   BY: _____
21    John McLean, Esq. CA No. 77914
      Law Offices of John McLean
22    45 Seafirth Road
      Tiburon, CA 94920
23    Telephone: 415435-6367
      Fax: 415/789-0159
24
      John J. Bartko, Esq. CA No. 37372
25    William I. Edlund, Esq., CA No. 25013
      Bartko, Zankel, Tarrant & Miller
26    900 Front Street, Suite 300
      San Francisco, CA 94111
27    Telephone: 415/956-1900
      Fax: 415/956-1152
28

                                2

1  justice would be served by excluding the proposed time period under the Speedy Trial Act.
2  These ends outweigh the best interest of the public and the defendants in a speedy trial. *See* 18
3  U.S.C. § 3161(h)(8)(A).
4        For the reasons stated, the parties request that the time period from November 29, 2006,
5  to February 7, 2007 be excluded from the calculation of time under the Speedy Trial Act, 18
6  U.S.C. § 3161(h)(8)(A). The parties reserve all of their rights, including their rights to oppose
7  any further exclusion of time.

8  DATED: December __, 2006                Respectfully submitted,

9  I.U. KIM                                                  U.S. DEPARTMENT OF JUSTICE

10
11  BY: _____        BY: _____
    Lawrence A. Callaghan, Esq., CA No. 53258    Niall E. Lynch, CA No. 157959
    Tucker, Ellis & West LLP                            Nathanael M. Cousins, CA No. 177944
12    One Market Street                                    May Lee Heye, CA No. 209366
    Steuart Tower, Suite 1300                        Brigid S. Martin, CA No. 231705
13    San Francisco, CA 94105                      Charles P. Reichmann, CA No. 206699
    Telephone: 415/617-2400                      Trial Attorneys
14    Fax: 415/617-2409                                    U.S. Department of Justice
                                                         Antitrust Division
15    Christopher M. Curran, Esq.                   450 Golden Gate Avenue
    Eric Grannon, Esq.                                  Box 36046, Rm. 10-0101
16    White & Case LLP                                  San Francisco, CA   94102
    701 Thirteenth Street, NW                     Tel: 415/436-6660
17    Washington, DC 20005                           Fax: 415/436-6687
    Tel: 202/626-3600
18    Fax: 202/639-9355

19  GARY SWANSON

20  BY: _____
21      John McLean, Esq. CA No. ~~77914~~ 55914
    Law Offices of John McLean
22    45 Seafirth Road
    Tiburon, CA 94920
23    Telephone: 415 435-6367
    Fax: 415/789-0159
24
    John J. Bartko, Esq. CA No. 37372
25    William I. Edlund, Esq., CA No. 25013
    Bartko, Zankel, Tarrant & Miller
26    900 Front Street, Suite 300
    San Francisco, CA   94111
27    Telephone: 415/956-1900
    Fax: 415/956-1152
28

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/6/06

_____
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I filed this document electronically on December 5, 2006, through the Electronic Case Filing portal of the U.S. District Court, Northern District of California. Under N.D. Cal. Local Rule General Order 45, all counsel appearing in this matter will receive an electronic copy of this filing.

Dated: December 5, 2006

_____
Niall E. Lynch