1  NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY LEE HEYE (State Bar No. 209366)
BRIGID S. MARTIN (State Bar No. 231705)
3  CHARLES P. REICHMANN (State Bar No. 206699)
E. KATE PATCHEN (N.Y. Reg. 41204634)
4  Antitrust Division
U.S. Department of Justice
5  450 Golden Gate Avenue
Box 36046, Room 10-0101
6  San Francisco, California 94102
Telephone (415) 436-6660
7
Attorneys for the United States of America
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,            )    No. CR 06-0692 PJH
                                         )
13            Plaintiff,                 )
                                         )
14        v.                             )    STIPULATION AND [PROPOSED]
                                         )    ORDER CONTINUING HEARING AND
15  IL UNG KIM, et al.,                  )    EXCLUDING TIME UNDER THE
                                         )    SPEEDY TRIAL ACT
16            Defendants.                )
    _____)
17

18        The parties stipulate as follows:

19        On February 7, 2007, Il Ung Kim and his counsel, Christopher M. Curran, Eric Grannon

20  and Lawrence Callaghan, Gary Swanson and his counsel, John J. Bartko, Bill Edlund and John F.

21  McLean, and the United States Department of Justice, represented by Niall E. Lynch and E. Kate

22  Patchen, appeared before Judge Phyllis J. Hamilton on separate motions for bill of particulars

23  filed by the defendants.  The Court continued both motions to February 14, 2007 to give the

24  parties an opportunity to meet and confer regarding a possible negotiated resolution of the

25  motions.  On February 9, 2007, the parties met and conferred and agreed that additional time was

26  needed in order to resolve the outstanding issues between the parties.  Subject to Court approval,

27  the parties agreed to continue the motions until February 28, 2007 to allow for additional

28  opportunities to meet and confer.

1  Furthermore, the defendants, through counsel, and the government agree to an exclusion

2  of time under the Speedy Trial Act from February 7, 2007 to February 28, 2007, due to delay

3  resulting from the two motions for bill of particulars currently pending before this Court. *See* 18

4  U.S.C. § 3161(h)(1)(F).

5  For the reasons stated, the parties request that the hearing on the motions for bill of

6  particulars currently scheduled for February 14, 2007 be continued to February 28, 2007.

7  Furthermore, the parties request that the time period from February 7, 2007 to February 28, 2007

8  be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

9  The parties reserve all of their rights, including their rights to oppose any further exclusion of

10  time.

11  DATED: February _12_, 2007                          Respectfully submitted,

12

13  I.U. KIM                                            U.S. DEPARTMENT OF JUSTICE

14
    BY: _____       BY: _____
15      Lawrence A. Callaghan, Esq., CA No. 53258        Niall E. Lynch, CA No. 157959
        Tucker, Ellis & West LLP                         Nathanael M. Cousins, CA No. 177944
16      One Market Street                                May Lee Heye, CA No. 209366
        Steuart Tower, Suite 1300                        Brigid S. Martin, CA No. 231705
17      San Francisco, CA 94105                          Charles P. Reichmann, CA No. 206699
        Telephone: 415/617-2400                          E. Kate Patchen, N.Y. Reg. 41204634
18      Fax: 415/617-2409                                Trial Attorneys
                                                         U.S. Department of Justice
19                                                       Antitrust Division
        Christopher M. Curran, Esq.                      450 Golden Gate Avenue
20      Eric Grannon, Esq.                               Box 36046, Rm. 10-0101
        White & Case LLP                                 San Francisco, CA 94102
21      701 Thirteenth Street, NW                        Tel: 415/436-6660
        Washington, DC 20005                             Fax: 415/436-6687
22      Tel: 202/626-3600
        Fax: 202/639-9355
23

24  GARY SWANSON

25
    BY: _____
26      John McLean, Esq., CA No. 77914
        Law Offices of John McLean
27      45 Seafirth Road
        Tiburon, CA 94920
28      Telephone: 415/435-6367
        Fax: 415/789-0159

2

1    Furthermore, the defendants, through counsel, and the government agree to an exclusion

2    of time under the Speedy Trial Act from February 7, 2007 to February 28, 2007, due to delay

3    resulting from the two motions for bill of particulars currently pending before this Court. *See* 18

4    U.S.C. § 3161(h)(1)(F).

5        For the reasons stated, the parties request that the hearing on the motions for bill of

6    particulars currently scheduled for February 14, 2007 be continued to February 28, 2007.

7    Furthermore, the parties request that the time period from February 7, 2007 to February 28, 2007

8    be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

9    The parties reserve all of their rights, including their rights to oppose any further exclusion of

10   time.

11   DATED: February 1ᵗ, 2007                               Respectfully submitted,

12

13   I.U. KIM                                               U.S. DEPARTMENT OF JUSTICE

14   BY: _____       BY: 

15   Lawrence A. Callaghan, Esq., CA No. 53258        Niall E. Lynch, CA No. 157959
     Tucker, Ellis & West LLP                          Nathanael M. Cousins, CA No. 177944
16   One Market Street                                  May Lee Heye, CA No. 209366
     Steuart Tower, Suite 1300                          Brigid S. Martin, CA No. 231705
17   San Francisco, CA 94105                            Charles P. Reichmann, CA No. 206699
     Telephone: 415/617-2400                            E. Kate Patchen, N.Y. Reg. 41204634
18   Fax: 415/617-2409                                  Trial Attorneys
                                                        U.S. Department of Justice
19                                                      Antitrust Division
     Christopher M. Curran, Esq.                        450 Golden Gate Avenue
20   Eric Grannon, Esq.                                 Box 36046, Rm. 10-0101
     White & Case LLP                                   San Francisco, CA 94102
21   701 Thirteenth Street, NW                          Tel: 415/436-6660
     Washington, DC 20005                               Fax: 415/436-6687
22   Tel: 202/626-3600
     Fax: 202/639-9355

23

24   GARY SWANSON

25
     BY: _____
26   John McLean, Esq., CA No. 77914
     Law Offices of John McLean
27   45 Seafirth Road
     Tiburon, CA 94920
28   Telephone: 415/435-6367
     Fax: 415/789-0159

                                                2

1    Furthermore, the defendants, through counsel, and the government agree to an exclusion

2 of time under the Speedy Trial Act from February 7, 2007 to February 28, 2007, due to delay

3 resulting from the two motions for bill of particulars currently pending before this Court. *See* 18

4 U.S.C. § 3161(h)(1)(F).

5    For the reasons stated, the parties request that the hearing on the motions for bill of

6 particulars currently scheduled for February 14, 2007 be continued to February 28, 2007.

7 Furthermore, the parties request that the time period from February 7, 2007 to February 28, 2007

8 be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

9 The parties reserve all of their rights, including their rights to oppose any further exclusion of

10 time.

11 DATED: February /2, 2007                    Respectfully submitted,

12

13 I.U. KIM                                    U.S. DEPARTMENT OF JUSTICE

14
   BY: _____        BY: _____
15    Lawrence A. Callaghan, Esq., CA No. 53258   Niall E. Lynch, CA No. 157959
      Tucker, Ellis & West LLP                    Nathanael M. Cousins, CA No. 177944
16    One Market Street                           May Lee Heye, CA No. 209366
      Steuart Tower, Suite 1300                   Brigid S. Martin, CA No. 231705
17    San Francisco, CA 94105                     Charles P. Reichmann, CA No. 206699
      Telephone: 415/617-2400                     E. Kate Patchen, N.Y. Reg. 41204634
18    Fax: 415/617-2409                           Trial Attorneys
                                                  U.S. Department of Justice
19                                                Antitrust Division
      Christopher M. Curran, Esq.                 450 Golden Gate Avenue
20    Eric Grannon, Esq.                          Box 36046, Rm. 10-0101
      White & Case LLP                            San Francisco, CA 94102
21    701 Thirteenth Street, NW                   Tel: 415/436-6660
      Washington, DC 20005                        Fax: 415/436-6687
22    Tel: 202/626-3600
      Fax: 202/639-9355
23

24 GARY SWANSON

25
   BY: _____
26    John McLean, Esq., CA No. 77914
      Law Offices of John McLean
27    46 Seafirth Road
      Tiburon, CA 94920
28    Telephone: 415/435-6367
      Fax: 415/789-0159

                                    2

1

2 John J. Bartko, Esq., CA No. 37372
William I. Edlund, Esq., CA No. 25013
Bartko, Zankel, Tarrant & Miller
3 900 Front Street, Suite 300
San Francisco, CA 94111
4 Telephone: 415/956-1900
Fax: 415/956-1152

5

6
PURSUANT TO STIPULATION, IT IS SO ORDERED:

7

8
Dated: ___2/13/07_____   _____

9 United Sta



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I filed this document electronically on February 12, 2007, through the Electronic Case Filing portal of the U.S. District Court, Northern District of California.  Under N.D. Cal. Local Rule General Order 45, all counsel appearing in this matter will receive an electronic copy of this filing.

Dated: February 12, 2006

Niall E. Lynch

4