1   NIALL E. LYNCH (State Bar No. 157959)
    NATHANAEL M. COUSINS (State Bar No. 177944)
2   MAY LEE HEYE (State Bar No. 209366)
    BRIGID S. MARTIN (State Bar No. 231705)
3   CHARLES P. REICHMANN (State Bar No. 206699)
    E. KATE PATCHEN (N.Y. Reg. 41204634)
4   Antitrust Division
    U.S. Department of Justice
5   450 Golden Gate Avenue
    Box 36046, Room 10-0101
6   San Francisco, California 94102
    Telephone (415) 436-6660
7
    Attorneys for the United States of America
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No. CR 06-0692 PJH
                                     )
13           Plaintiff,              )
                                     )    STIPULATION AND [PROPOSED]
14      v.                           )    ORDER IN RESPONSE TO DEFENDANT
                                     )    IL UNG KIM'S MOTION FOR BILL OF
15  IL UNG KIM, et al.,              )    PARTICULARS
                                     )
16           Defendants.             )
                                     )
17

18       The parties stipulate as follows:

19       On February 7, 2007, Il Ung Kim ("defendant") and his counsel, Christopher M. Curran,

20  Eric Grannon and Lawrence Callaghan, and the United States Department of Justice, represented

21  by Niall E. Lynch and E. Kate Patchen, appeared before the Honorable Judge Phyllis J. Hamilton

22  on a motion for bill of particulars filed by the defendant. The Court continued the motion to

23  allow the parties an opportunity to meet and confer regarding a possible negotiated resolution of

24  the motion. After meeting and conferring, the defendant and the government have agreed to the

25  following terms and conditions:

26       1.    The government will, by March 14, 2007, provide defendant with a description for

27             the boxes of documents that do not currently contain a description on the log

28             provided to the defendant by the government on December 13, 2006.

2.    The government will provide defendant with a witness list and exhibit list at least 60 days prior to trial. This will not include summaries pursuant to Federal Rule of Evidence 1006, which will be provided on the date required in the Court's pretrial order.

3.    Upon request, the government will provide technical assistance and use reasonable efforts to help the defendant load, OCR, and search the electronic discovery produced by the government.

4.    The government hereby files with this stipulated Order a redacted summary of the government's theory of the case and essential facts as to defendant. The summary describes defendant's knowledge of and participation in the conspiracy charged in the Indictment. In addition, the summary addresses the means and methods specifically employed by defendant to further the goals of the conspiracy, and includes the names of some of the most significant witnesses.

5.    The parties stipulate that ten (10) days before trial the summary shall constitute a bill of particulars in the above-captioned matter pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. The government may amend the bill of particulars subject to such conditions as justice requires.

///
///
///
///
///
///
///
///
///
///
///

2

DATED: February 27, 2007                          Respectfully submitted,


I.U. KIM                                          U.S. DEPARTMENT OF JUSTICE


BY: _____    BY: _____
    Lawrence A. Callaghan, Esq., CA No. 53258        Njall E. Lynch, CA No. 157959
    Tucker, Ellis & West LLP                         Nathanael M. Cousins, CA No. 177944
    One Market Street                                May Lee Heye, CA No. 209366
    Steuart Tower, Suite 1300                        Brigid S. Martin, CA No. 231705
    San Francisco, CA 94105                          Charles P. Reichmann, CA No. 206699
    Tel: 415/617-2400                                E. Kate Patchen, N.Y. Reg. 41204634
    Fax: 415/617-2409                                Trial Attorneys
                                                     U.S. Department of Justice
                                                     Antitrust Division
    Christopher M. Curran, Esq.                      450 Golden Gate Avenue
    Eric Grannon, Esq.                               Box 36046, Rm. 10-0101
    White & Case LLP                                 San Francisco, CA 94102
    701 Thirteenth Street, NW                        Tel: 415/436-6660
    Washington, DC 20005                             Fax: 415/436-6687
    Tel: 202/626-3600
    Fax: 202/639-9355




PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: _____    _____
                                           United States District Court Judge

DATED: February 27, 2007                    Respectfully submitted,

I.U. KIM                                    U.S. DEPARTMENT OF JUSTICE

BY:                                         BY:
    Lawrence A. Callaghan, Esq., CA No. 53258    Niall E. Lynch, CA No. 157959
    Tucker, Ellis & West LLP                     Nathanael M. Cousins, CA No. 177944
    One Market Street                            May Lee Heye, CA No. 209366
    Steuart Tower, Suite 1300                    Brigid S. Martin, CA No. 231705
    San Francisco, CA 94105                      Charles P. Reichmann, CA No. 206699
    Tel: 415/617-2400                            E. Kate Patchen, N.Y. Reg. 41204634
    Fax: 415/617-2409                            Trial Attorneys
                                                 U.S. Department of Justice
                                                 Antitrust Division
    Christopher M. Curran, Esq.                  450 Golden Gate Avenue
    Eric Grannon, Esq.                           Box 36046, Rm. 10-0101
    White & Case LLP                             San Francisco, CA 94102
    701 Thirteenth Street, NW                    Tel: 415/436-6660
    Washington, DC 20005                         Fax: 415/436-6687
    Tel: 202/626-3600
    Fax: 202/639-9355


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  3/1/07
                                            United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA